Donovan, for appellant. Morse Ives, H. H. Patterson and Charles C. Bodenstab, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**In re Estate of Maria D. Buddington, deceased.**

**Margaret H. Lardner, appellee, v. Nathaniel M. Jones, executor of the estate of Maria D. Buddington, deceased, appellant. Gen. No. 29,204.**

Action against executor to recover for services rendered to testator. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed if remittitur and waiver be filed, otherwise reversed and remanded. Opinion filed December 16, 1924. Rehearing denied December 27, 1924.

James A. Steven, for appellant. Frances E. Spooner, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Cyrena P. Munns, appellee, v. Chicago City Railway Company et al., defendants. Charles M. Thomas, appellant. Gen. No. 28,219.**

Consolidated with 235 Ill. App. 160. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed December 16, 1924.

Charles E. Heckler and Charles W. Lamborn, for appellant. No appearance for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**David Levy et al., appellees, v. C. M. Bandur et al., trading as the Bandur Motor Car Company, appellants. Gen. No. 29,258.**

Forcible entry and detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924.

Richard R. Klein and David Lipman, for appellants; Samuel Latkin, of counsel. Isidore Brown, for appellees; Rudolph Frankenstein, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Nicholas Triphan, guardian of the estate of Sybil Triphan, a minor, appellee, v. Peoples Fuel Supply Company, appellant. Gen. No. 29,305.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed December 16, 1924.

Albert Sabath and Good, Childs, Bobb & Westcott, for appellant. No appearance for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.